IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00312-WYD-KMT

MICHAEL SALVATORE,

    Plaintiff,

v.

IAN MICHAEL PINGEL, as an individual,
and FOUR WINDS, INC./PEOPLE'S CHOICE TRANSPORTATION, INC.,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Plaintiff's "Unopposed Motion to Amend Caption" (#16, filed May 2, 2008) is GRANTED. The caption of this case will accurately reflect the defendant's name as Ian Michael Pingel.

Dated: May 5, 2008