IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   08-cv-00312-BNB-KMT | Date: August 20, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

MICHAEL SALVATORE,                              Hollynd Hoskins

Plaintiff(s),

v.

IAN MICHAEL PINGEL,                              Patrick Maggio
as an individual, and
FOUR WINDS, INC./PEOPLE'S
CHOICE TRANSPORTATION, INC.,

Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:        8:54 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Motion for leave to amend plaintiff's complaint by plaintiff filed July 28,
2008; doc 27 is granted as stated on the record. The Clerk of Court shall
accept the amended complaint for filing. Defendant shall respond to the
amended complaint within 10 days.**

**ORDERED:   Motion for leave to amend scheduling order by plaintiff filed July 28, 2008;
Doc. 28 is granted as stated on the record.**

Court in Recess        9:13 a.m.        Hearing concluded.    Total time in Court:    00:19

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.