IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00312-BNB-KMT

MICHAEL SALVATORE,

Plaintiff,

v.

IAN MICHAEL PINGEL, as an individual, and
FOUR WINDS, INC./PEOPLE'S CHOICE TRANSPORTATION, INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Motion for Leave to Amend Scheduling Order** [Doc. # 28, filed 7/28/2008]

(the "Motion re Schedule"); and

(2) **Motion for Leave to Amend Plaintiff's Complaint** [Doc. # 27, filed 7/28/2008]

(the "Motion to Amend").

I held a hearing on the motions this morning and made rulings on the record, which are

incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion re Schedule is GRANTED.

IT IS FURTHER ORDERED that the Motion to Amend is GRANTED. The Clerk of the

Court is directed to accept for filing the First Amended Complaint for Damages and Jury

Demand [Doc. # 27-4]. The defendants shall answer or otherwise respond to the First Amended

Complaint within ten days.

Dated August 20, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge