IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00312-BNB-KMT

MICHAEL SALVATORE,

Plaintiff,

v.

IAN MICHAEL PINGEL, as an individual, and
FOUR WINDS, INC./PEOPLE'S CHOICE TRANSPORTATION, INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Second Motion for Leave to Amend Scheduling Order** [Doc. # 35, filed 8/25/2008] (the "Second Motion re Schedule"); and

(2) **Second Motion for Leave to Amend Plaintiff's Complaint** [Doc. # 36, filed 8/25/2008] (the "Second Motion to Amend").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Second Motion re Schedule is GRANTED.

IT IS FURTHER ORDERED that the Second Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Second Amended Complaint for Damages and Jury Demand [Doc. # 35-4].

IT IS FURTHER ORDERED that the request for exemplary damages is deemed denied by defendant People's Choice Transportation, and no further response to the Second Amended Complaint is required.

Dated September 15, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge