IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 08-cv-00312- BNB-KMT          Date: November 5, 2008
Courtroom Deputy: Geneva D. Mattei             FTR BNB COURTROOM A-401

MICHAEL SALVATORE,                                          Hollynd Hoskins

                    Plaintiff(s),

v.

MICHAEL PINGEL,                                             Kathleen Kulasza
as an individual, and
FOUR WINDS, INC.,/
PEOPLE'S CHOICE TRANSPORTATION, INC.,

                    Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:        9:02 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Defendants' opposed motion for Rule 35 examination of plaintiff filed
                 10/09/08; Doc. 54 is denied as stated on the record.**

Court in Recess        9:18 a.m.       Hearing concluded.    Total time in Court:    00:16

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.