IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00312-BNB-KMT

MICHAEL SALVATORE,

Plaintiff,

v.

MICHAEL PINGEL, as an individual, and
FOUR WINDS, INC.,/PEOPLE'S CHOICE TRANSPORTATION, INC.,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED that the **Parties' Joint Motion to Extend the Jury Trial From Five to Ten Days** [Doc. # 65, filed 1/9/2009] is GRANTED, and this case is set for a nine day jury trial on **May 26 through June 5, 2009**.


DATED: January 21, 2009