IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-00312-BNB-KMT | Date: February 19, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| MICHAEL SALVATORE, | Hollynd Hoskins |
| | Dezarae Lacrue |
| Plaintiff(s), | |
| v. | |
| IAN MICHAEL PINGEL, | Kathleen Kulasza |
| as an individual | |
| and FOUR WINDS, INC./ | |
| PEOPLE'S CHOICE TRANSPORTATION, INC., | |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session: 9:57 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Plaintiff's motion for sanctions due to spoliation of evidence filed 1/30/09 (Doc. 77) is taken under advisement as stated on the record. Any motions for leave to reply must be filed, if at all, on or before February 26, 2009.**

Court in Recess   11:03 a.m.   Hearing concluded.   Total time in Court:   01:06

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.