IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00312-BNB-KMT

MICHAEL SALVATORE,

Plaintiff,

v.

IAN MICHAEL PINGEL, as an individual, and
FOUR WINDS, INC./PEOPLE'S CHOICE TRANSPORTATION, INC.,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference.  Consistent with matters discussed at the final pretrial conference and for the reasons stated on the record:

IT IS ORDERED that the defendants shall submit on or before **April 10, 2009**, a supplement to Part 3 of the final pretrial order setting forth their defenses, if any, to the plaintiff's claims and damages.

IT IS FURTHER ORDERED that **Plaintiff's Unopposed Motion to Present Expert Witness Testimony of Drs. [Brady and] Patenaude Through Live Telephone Testimony Pursuant to F.R.C.P. 43(a)** [Doc. # 82, filed 2/16/2009] is GRANTED.  Plaintiff's counsel shall contact my courtroom deputy to make arrangements for the telephone testimony.

IT IS FURTHER ORDERED that the defendants' objection to the deposition testimony of Ian Pingel at p.82 lines 2-6 is SUSTAINED and the testimony is excluded as irrelevant and as improper under Fed. R. Evid. 411.

IT IS FURTHER ORDERED that the defendants shall respond to Plaintiff's Objections

Pursuant to F.R.C.P. 26(a)(3) [Doc. # 102, filed 4/6/2009] on or before **April 20, 2009**. No reply is permitted without leave of court.

IT IS FURTHER ORDERED that I shall seat a jury of eight. All jurors who remain seated at the time the case is submitted to them will deliberate. The parties shall submit on or before **April 10, 2009**, a written stipulation evidencing their agreement to the size of the jury.

IT IS FURTHER ORDERED that the parties are allowed three peremptory challenges per side. Each side shall be allowed 30 minutes of voir dire.

Dated April 7, 2009.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge