IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00312-BNB-KMT

MICHAEL SALVATORE

Plaintiff,

vs.

IAN MICHAEL PINGEL, as an individual,
and FOUR WINDS, INC./PEOPLE'S CHOICE TRANSPORTATION, INC.,

Defendants.

---

**ORDER RE: STIPULATION TO DISMISS THE ABOVE CAPTIONED CASE WITH PREJUDICE**

---

THIS MATTER having come before the Court on the Parties' Stipulation to Dismiss the Above-Captioned Case With Prejudice and being advised in the premises,

HEREBY ORDERS that the Parties' Stipulation to Dismiss the Above-Caption Case With Prejudice is hereby **GRANTED**, with each party to pay their own costs and attorneys fees.

DONE THIS 15th day of May, 2009.

BY THE COURT:

*[signature]*

**BOYD N. BOLAND**
**United States Magistrate Judge**